# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:19-CV-100-DCK

| | |
|---|---|
| STEVEN RAY PRUITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ANDREW M. SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Attorney's Fees" (Document No. 22) filed November 30, 2020. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion, the record, applicable authority, and agreement of counsel for the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Attorney's Fees" (Document No. 22) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. That the Social Security Administration shall pay **$5,850.00** in attorney fees to the Plaintiff in full settlement and satisfaction of any and all claims for attorney fees for legal services pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

2. With respect to Plaintiff's signed assignment of EAJA fees to her attorney, in accordance with <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010), the Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first and, if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the Department

of the Treasury reports to the Commissioner that the Plaintiff does not owe a federal debt, the Government will exercise its discretion and honor the assignment of EAJA fees, and pay the awarded fees directly to Plaintiff's counsel.

**SO ORDERED**.

Signed: December 3, 2020

David C. Keesler
United States Magistrate Judge